AO 245B (Rev. 12/03) Judgment in a Criminal Case KDL:caf (10939)
Sheet 1

UNITED STATES DISTRICT COURT FILED JAN 27 2009 RODNEY C. EARLY, CLERK WESTERN DISTRICT OF NY

# UNITED STATES DISTRICT COURT

WESTERN District of NEW YORK

UNITED STATES OF AMERICA
V.
RICHARD V. PETIX

## JUDGMENT IN A CRIMINAL CASE

Case Number: 6:06-CR-06007-001
USM Number: 14536-055

Adrian J. Burke
Defendant's Attorney

UNITED STATES DISTRICT COURT FILED MAY - 7 2009 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY

**THE DEFENDANT:**

☒ pleaded guilty to count(s) I

☐ pleaded nolo contendere to count(s) ______ which was accepted by the court.

☐ was found guilty on count(s) ______ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:2252A(a)(1) | Knowingly Transporting Child Pornography in Interstate Commerce | 03/01/2005 | I |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ______

☒ Count(s) II, III, IV ☐ is ☒ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By [signature]
Deputy Clerk
Original Filed 1/27/09

January 16, 2009
Date of Imposition of Judgment

[signature: Charles Siragusa]
Signature of Judge

Honorable Charles J. Siragusa, U.S. District Judge
Name and Title of Judge

1-26-09
Date

DEFENDANT: RICHARD V. PETIX
CASE NUMBER: 6:06-CR-06007-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Sixty (60) Months

☒ The court makes the following recommendations to the Bureau of Prisons:
The defendant be placed at a suitable Bureau of Prisons facility as close to Rochester, NY as possible.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ________ ☐ a.m. ☐ p.m. on ________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on 2/20/9 to ALF

a PA , with a certified copy of this judgment.

________________________
UNITED STATES MARSHAL

By Hauer
DEPUTY UNITED STATES MARSHAL