IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                                                                           6:06-CR-06007-001

RICHARD PETIX,

        Defendant.
_____

### SATISFACTION OF MONETARY JUDGMENT

The above-named defendant has paid in full and/or satisfied the monetary imposition (special assessment, fine, and/or restitution), imposed against the defendant on January 16, 2009, and entered on January 29. 2009.

The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of the above-referenced judgment.

DATED: Buffalo, New York, February 19, 2014.

                                            WILLIAM J. HOCHUL, JR.
                                            United States Attorney

                      BY:    s/KEVIN D. ROBINSON
                            Assistant United States Attorney
                            United States Attorney's Office
                            Western District of New York
                            138 Delaware Avenue
                            Buffalo, New York 14202
                            (716) 843-5700, ext. 15804
                            Kevin.D.Robinson@usdoj.gov