AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Richard Petix<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 06-CR-6007 |

*FILED DEC 10 2015 — MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Richard Petix,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of Supervised Release.

Date: 12/4/2015

*Michael J. Roemer*
*Issuing officer's signature*

City and state: Rochester, NY

Michael J. Roemer, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 12/4/15, and the person was arrested on *(date)* 12/8/15
at *(city and state)* Buffalo, NY.

Date: 12/8/15

*Arresting officer's signature*

Aaron Ward   SDUSM
*Printed name and title*