UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-vs-

RICHARD PETIX

           Defendant.

---

06-CR-6007

**ORDER**

     Following the appearance of the defendant, Richard Petix, on December 8, 2015, the government moved to detain him pursuant to 18 U.S.C. §3142(e). When court convened, it was revealed that the government had effectively detained the defendant in connection with a criminal complaint filed against the defendant in another matter in district court in Buffalo, New York. The defendant having been informed of his right to a bail/detention hearing pursuant to 18 U.S.C. § 3142 either at this time or upon defendant's imminent release in connection with the other matter in Buffalo, New York, see United States v. Coonan, 826 F.2d 1180, 1183-85 (2d Cir. 1987); United States v. King, 818 F.2d 115 n.3 (1st Cir. 1987), and the defendant having elected to defer his right to a hearing until such time as the federal authorities release him in the other matter in Buffalo, New York, because success at any bail hearing in this federal proceeding would appear to be academic until he obtains release from the other matter in Buffalo, New York,

     **IT IS HEREBY ORDERED** that the United States Marshal for the Western District of New York is authorized and directed to take custody of the defendant and confine him at an approved place where the defendant shall be received and safely kept until discharged in

due course of law, or until his presence is required at court proceedings on January 12, 2016, at 8:45 a.m.

**SO ORDERED**

*Charles Siragusa*
HON. CHARLES J. SIRAGUSA
United States District Court JudgE

Dated: Rochester, New York, December 31, 2015.