*Paralegal:*
KELLY A. ROMIG
K.AnneBronge@hotmail.com

*Legal Assistant:*
TESSA R. REMMEL
Tessa.R.Remmel@hotmail.com

*Real Estate Paralegal:*
AMANDA N. WATTIE
AmandaNWattie@hotmail.com
Direct Dial: (585) 230-7514

# STEPHEN M. LEONARDO, ESQ.
Attorney and Counselor at Law
The Irving Place Building (Old City Hall)
30 West Broad Street - Suite 500
Rochester, New York 14614

Telephone: (585) 546-6680
Facsimile: (585) 546-4783

*Associate:*
JOSEPH R. SULLIVAN, ESQ.
JosephRSullivan@hotmail.com

*Of Counsel:*
MICHAEL D. FLOWERDAY, ESQ.

January 8, 2016

**VIA FACSIMILE: (585) 613-4085**
Honorable Marian W Payson
US Magistrate Judge
100 State Street
Rochester, New York 14614

**RECEIVED**
JAN - 8 2016
MARIAN W. PAYSON
U.S. Magistrate Judge
Western District of New York

Re: United States v. Richard Petix
06-CR-6007

Dear Judge Payson:

I write this on behalf of my client Richard Petix and his family, whom I trust you will understand, have repeatedly called my office since the detention hearing was held before your Honor on December 23, 2015.

Given that your honor was gracious enough to both accept the responsibilities to conduct this hearing and then to do so a mere two days before Christmas, I hope you will appreciate that it certainly created an expectation in both my client and his family that a decision would be made him a before the holidays were over. We believe that given the allegations, and more importantly the testimony offered during the hearing, that the Defendant has established by clear and convincing evidence that he is not likely to flee - the only basis upon which we believe the Government has raised any issue. There does not appear to be any allegation that would subject the Defendant to a mandatory revocation of his supervised release as there are no allegations that he unlawfully possessed a controlled substance; possess a firearm or refused to comply with drug testing.

We believe that there are sufficient conditions that the Court can impose such as a requirement of electronic home monitoring, and unsecured or secured bond, etc. that would allow the Defendant to be released from custody.

However, so that I may properly advise my client and his family I would specifically asked for some guidance from the Court as to when we might expect a decision on the detention hearing.

Thank you for your anticipated attention and assistance on this matter. Please advise.

Sincerely,

Stephen M. Leonardo, Esq.

SML/trr
xc: Richard Resnick, US Attorney(via e-mail)

*An oral decision from the bench shall be rendered on this matter at 4:00 pm on 1/12/16. SO ORDERED*
*Marian W Payson*
*WMJ 1/8/16*