IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------

**UNITED STATES OF AMERICA,**

Plaintiff,                        **AFFIDAVIT**

v.

**RICHARD PETIX,**                        Case No.: 06-CR-6007

Defendant.

-----------------------------------------------------------------------------------

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 12, 2016, I electronically filed the **NOTICE OF THE GOVERNMENT'S MOTION FOR REVOCATION OF THE MAGISTRATE JUDGE'S ORDER RELEASING THE DEFENDANT ON BAIL PENDING TRIAL** with the Clerk of the District Court by using its CM/ECF system, which would then electronically notify the following CM/ECF participant on this case:

s/Kelly A. Romig
**KELLY A. ROMIG, PARALEGAL**
**STEPHEN M. LEONARDO, ESQ.**
**Attorney for the Defendant**