# Activity in Case 6:06-cr-06007-CJS USA v. Petix Detention Hearing

From: **webmaster@nywd.uscourts.gov**
Sent: Wed 12/23/15 3:35 PM
To: Courtmail@nywd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. DISTRICT COURT

### U.S. District Court, Western District of New York

## Notice of Electronic Filing

The following transaction was entered on 12/23/2015 at 3:34 PM EST and filed on 12/23/2015
**Case Name:** USA v. Petix
**Case Number:** 6:06-cr-06007-CJS
**Filer:**
**Document Number:** 71(No document attached)

## Docket Text:
**Minute Entry for proceedings held before Hon. Marian W. Payson:Detention Hearing as to Richard V. Petix held on 12/23/2015 as to the supervised release violation. The Court will not be addressing the pending detention motion in 15-CR-227. Defendant calls Louis Petix to testify. The government proffers. Motion for detention is reserved. Appearances: Richard Resnick, AUSA; Defendant with Michael Flowerday, Esq.; Ivettte Hernandez, USPO(Digital Recording)(CAM)**

**6:06-cr-06007-CJS-1 Notice has been electronically mailed to:**

Stephen M. Leonardo    sml@frontiernet.net, kannebrongo@hotmail.com

Adrian J. Burke (Terminated)   adrian@burkeandburkelaw.com

Richard A. Resnick   richard.resnick@usdoj.gov, anna.sedor@usdoj.gov, kim.pettit@usdoj.gov, lisa.yehl@usdoj.gov, marylyn.rodriguez@usdoj.gov

**6:06-cr-06007-CJS-1 Notice has been delivered by other means to:**