Print                                                                                              Close

# Activity in Case 6:06-cr-06007-CJS USA v. Petix Detention Hearing

From: **webmaster@nywd.uscourts.gov**
Sent: Fri 1/15/16 3:05 PM
To: Courtmail@nywd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. DISTRICT COURT

## U.S. District Court, Western District of New York

### Notice of Electronic Filing

The following transaction was entered on 1/15/2016 at 3:05 PM EST and filed on 1/12/2016
**Case Name:**      USA v. Petix
**Case Number:**    6:06-cr-06007-CJS
**Filer:**
**Document Number:** 76(No document attached)

**Docket Text:**
**Minute Entry for proceedings held before Hon. Marian W. Payson:Continuation of Detention Hearing as to Richard V. Petix held on 1/12/2016.The motion for detention is granted on dangerousness.Appearances: Richard Resnick, AUSA; Defendant with Michael Flowerday, Esq.; Ivette Hernandez-Rivera, USPO(Digital Recording) (CAM)**

**6:06-cr-06007-CJS-1 Notice has been electronically mailed to:**

Stephen M. Leonardo     sml@frontiernet.net, kannebrongo@hotmail.com

Adrian J. Burke (Terminated)     adrian@burkeandburkelaw.com

Richard A. Resnick    richard.resnick@usdoj.gov, anna.sedor@usdoj.gov, kim.pettit@usdoj.gov, lisa.yehl@usdoj.gov, marylyn.rodriguez@usdoj.gov

**6:06-cr-06007-CJS-1 Notice has been delivered by other means to:**