UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES DISTRICT COURT
FILED
OCT 11 2016
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

UNITED STATES OF AMERICA,

06-CR-6007 CJS

-v-

RICHARD PETIX,

Defendant

## PETITION AND ORDER FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

TO:    THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT

The Petition of the United States Attorney for the Western District of New York respectfully states:

The defendant, RICHARD PETIX, was involved in a crime against the United States, a violation of Title 26, United States Code, Section 5841.   He is incarcerated at the Monroe County Jail in Rochester, New York.   His presence is required in the United States District Court at Rochester, New York, for status on a violation of supervised release.

WHEREFORE, your petitioner requests that the Clerk be instructed to issue a Writ Of Habeas Corpus Ad Prosequendum to the United States Marshal for the Western District of New York to take the said RICHARD PETIX into his custody and bring him before the Hon. Charles J. Siragusa, United States District Judge at the United States Courthouse, City

of Rochester, New York, on the 11th day of October, at 9:30 in the morning, of that day,

thereafter said RICHARD PETIX is to be returned to his place of confinement.

DATED:     Rochester, New York, October 11, 2016

WILLIAM J. HOCHUL, Jr.
United States Attorney

BY:     _____  Per.

RICHARD A. RESNICK
Assistant United States Attorney
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
(585) 399-3941
Richard.Resnick@usdoj.gov

IT IS SO ORDERED:

_____
HONORABLE CHARLES J. SIRAGUSA
UNITED STATES DISTRICT JUDGE

DATED: October  11 , 2016