**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                   C<span></span>ASE # 06-CR-6007

-vs-

Richard V. Petix,
    *Defendant.*

## APPEARANCE OF COUNSEL

TO: The Clerk of the Court and all parties:

I am admitted or otherwise authorized to practice in the United States District Court for the Western District of New York.  I appear in this case as counsel for the defendant, Richard V. Petix.

December 5, 2016

                /S/ MATTHEW R. LEMBKE
                Matthew R. Lembke

                **Cerulli, Massare & Lembke**
                *Attorneys for Defendant*
                45 Exchange Blvd., Suite 925
                Rochester NY 14614
                Telephone:  [585] 454-3323
                Email:  matt.lembke@cmllawfirm.com