**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                                                                                                         **CASE NO. 06-CR-6007 CJS**

-vs-

Richard Petix,

                *Defendant.*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 5, 2016, I electronically filed the foregoing Attorney Notice of Appearance with the Clerk of the District Court using the CM/ECF system which would then electronically notify the government, AUSA Richard Resnick, Esq., AUSA Xei Xiang, Esq., and all other counsel on this case.

                                                  /S/ MATTHEW R. LEMBKE
                                                  Matthew R. Lembke

                                                  **Cerulli, Massare & Lembke**
                                                  *Attorneys for Defendant*
                                                  45 Exchange Blvd., Suite 925
                                                  Rochester NY 14614
                                                  Telephone:  [585] 454-3323
                                                  Email:  matt.lembke@cmllawfirm.com