**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

_____

UNITED STATES OF AMERICA,

       *-vs-*

                              **06-cr-6007-CJS**

RICHARD V. PETIX,
                              **NOTICE OF MOTION**

               *Defendant.*

_____

_____

UNITED STATES OF AMERICA,

       *-vs-*

                              **15-cr-227-A**

RICHARD PETIX,
                              **NOTICE OF MOTION**

               *Defendant.*

_____

| | |
|---|---|
| MOTION MADE BY: | Defendant Richard Petix |
| DATE, TIME & PLACE OF HEARING: | On submission, before Hon. Charles J. Siragusa, United States District Judge, 100 State Street, Rochester NY and Hon. Hugh B. Scott, United States Magistrate Judge, United States Courthouse, 2 Niagara Square, Buffalo, NY 14202 |
| SUPPORTING PAPERS: | Affirmation of Matthew R. Lembke |
| RELIEF REQUESTED: | Transfer of Violation of Supervised Release Petition; Reopen Detention Hearing; Release of Defendant on Conditions; Expedited Determination of Motions |
| GROUNDS FOR RELIEF: | See attached Attorney Declaration |

Dated:   December 5, 2016

S/MATTHEW R. LEMBKE
Matthew R. Lembke

**Cerulli, Massare & Lembke**
*Attorneys for Defendant*
45 Exchange Blvd., Suite 925
Rochester, NY 14614
Telephone: [585] 454-3323
E-Mail: matt.lembke@cmllawfirm.com

Stephen M. Leonardo, Esq.
30 West Broad St. Suite 500
Rochester NY 14614
Telephone:  585-546-6680
sml@frontiernet.net

TO:   Wei Xiang, Esq. AUSA
      Assistant United States Attorney
      United States Attorney's Office
      Western District of New York
      138 Delaware Avenue
      Buffalo, NY 14202
      716/843-5806
      Wei.Xiang@usdoj.gov