**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-vs-

Richard Petix,

          *Defendant.*

C<small>ASE</small> # 06-<small>CR</small>-6007
<small>AND</small>
C<small>ASE</small> # 15-<small>CR</small>-227

## CERTIFICATE OF SERVICE

      I hereby certify that on December 5, 2016, I electronically filed the foregoing Notice of Motion and Supporting Affirmation with the Clerk of the District Court using the CM/ECF system which would then electronically notify the government, AUSA Xei Xiang, Esq., and all other counsel on this case.

/S/ MATTHEW R. LEMBKE
Matthew R. Lembke

**Cerulli, Massare & Lembke**
*Attorneys for Defendant*
45 Exchange Blvd., Suite 925
Rochester NY 14614
Telephone: [585] 454-3323
Email: matt.lembke@cmllawfirm.com