PROB 12B
(12/98)

# United States District Court

For

## The Western District of New York

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Richard V. Petix  **Case Number:** 6:06-CR-06007-001

**Name of Sentencing Judicial Officer:** Honorable Charles J. Siragusa, U.S. District Judge

**Date of Original Sentence:** January 16, 2009

**Original Offense:** Knowingly Transporting Child Pornography in Interstate Commerce

**Original Sentence:** 60 months imprisonment to be followed by 30 years supervised release

**Violation:** Petition filed on December 4, 2015, alleging use of an unauthorized internet connected device, new criminal conduct and failure to follow instructions of the probation officer. Initial appearance held on December 8, 2015, and defendant detained. Amended Petition filed on January 13, 2016, alleging an additional violation of new criminal conduct. Amended Petition filed on April 6, 2016, updating the previously filed petition. On September 13, 2017, the defendant was released on all previously imposed conditions of supervised release and status conference on violation scheduled for November 1, 2017.

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** June 11, 2012

## PETITIONING THE COURT

☒   To modify the conditions of supervision as follows:

Your supervision may include examinations using a polygraph, computerized voice stress analyzer, or other similar device to obtain information necessary for supervision, case monitoring, and treatment. You shall answer the questions posed during the examination, subject to your right to challenge in a court of law the use of such statements as violations of your Fifth Amendment rights. In this regard, you shall be deemed to have not waived your Fifth Amendment rights. The results of any examinations shall be disclosed to the United States Probation Office and the Court, but shall not be further disclosed without the approval of the Court.

### CAUSE

As noted above, the defendant has a pending violation of supervised release. He was in custody in reference to the violation and the new criminal conduct charged in Case Number 6:15-CR-0027 since December 3, 2015. On September 13, 2017, Mr. Petix was released from custody and ordered to abide by all terms and conditions previously set forth at his original sentencing.

RE:   RICHARD V. PETIX
      6:06-CR-06007-001

On September 14, 2017, this officer met with the defendant and reviewed all conditions of supervised release and discussed the computer monitoring condition and computer monitoring agreement in full detail. During the discussion, the defendant admitted that he did access a computer that he did not report to his probation early in his term of supervised release. Further, later that same day this officer conducted a home inspection and observed 3 smart televisions with web browsers, a computer, an Xbox 360, and an iPad that was connected to the internet. Mr. Petix's girlfriend was present during the home inspection and verified the computer and iPad were hers and password protected. She also advised that she and the children that reside there use the internet devises, including the televisions, regularly. Due the conditions of supervised release they were advised that any items that were unable to be monitored are not to be in the defendant's possession nor was he to have access to these types of devices without approval of the probation office. Mr. Petix advised that he would remove all three of the televisions internet ready capabilities.

On September 15, 2017, this officer conducted another home contact and verified the three televisions internet ready capabilities were physically removed. In addition, this officer recommended a truth verification condition be added to the defendant's conditions of supervised release to verify he is maintaining compliance with his no access to internet devices. This condition would allow the defendant to reside in his residence with his family while assuring the Court he is abiding by all conditions as directed.

I reviewed the proposed modification with Mr. Petix and his rights surrounding this modification. Mr. Petix waived his rights and indicated he would like to move forward with this modification, all of which is evidenced by his signature on the attached form PROB 49.

Reviewed by:

_____
George Martin
Supervising U.S. Probation Officer

Respectfully submitted,

by _____
Roosevelt Smith, Jr.
Date: October 17, 2017

---

THE COURT ORDERS:

☐  No Action
☐  The Extension of Supervision as Noted Above
☑  The Modification of Conditions as Noted Above
☐  Other

_____
Signature of Judicial Officer

10-18-17
_____
Date

PROB 49
(3/89)

# United States District Court

Western District of New York

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Your supervision may include examinations using a polygraph, computerized voice stress analyzer, or other similar device to obtain information necessary for supervision, case monitoring, and treatment. You shall answer the questions posed during the examination, subject to your right to challenge in a court of law the use of such statements as violations of your Fifth Amendment rights. In this regard, you shall be deemed to have not waived your Fifth Amendment rights. The results of any examinations shall be disclosed to the United States Probation Office and the Court, but shall not be further disclosed without the approval of the Court.

Witness _____   Signed _____
        (U.S. Probation Officer)           (Probationer or Supervised Releasee)

9/20/17
(Date)