LOADED IN CAPTURE PROCESS QUEUE #3535

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) Case No. 06-CR-6007 |
| Richard Petix | ) |
| *Defendant* | ) |


RECEIVED 2021 FEB 15 AM 9:29 USMS W-NY ROCHESTER

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: 100 Court Street<br>Rochester, NY 14614 | Courtroom No.: Judge Siragusa |
| --- | --- |
|  | Date and Time: 02/23/2021 11:45 am |

This offense is briefly described as follows:

Violation of Conditions of Supervision.

Date: 02/11/2021

*Issuing officer's signature*

Mary C. Loewenguth, Clerk of Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 2/17/21

*Server's signature*

M Levy
*Printed name and title*